# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW FABYANIC, Administrator of the Estate of NANCY ANN GLITCH, Deceased, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) 02: 08cv0400 |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | )<br>)<br>) |
| Defendant. | ) |

## MEMORANDUM ORDER

Presently pending before the Court for disposition is the PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND TO MODIFY CASE MANAGEMENT DEADLINES (Document No. 13) and the RESPONSE in opposition filed by Defendant, Hartford Life and Accident Insurance Company (Document No. 15).

In view of the fact that cross Motions for Summary Judgment have been filed and are pending, the Motion to Compel filed by Plaintiff is **DENIED WITHOUT PREJUDICE.**

So **ORDERED** this 28th day of August, 2008.

BY THE COURT:

s/Terrence F. McVerry
United States District Court Judge

cc: Edward J. Balzarini, Jr., Esquire
Balzarini & Watson
Email: bw@balzariniandwatson.com

Michael Balzarini, Esquire
Balzarini & Watson
Email: mbalzar@nauticom.net

Brian P. Downey, Esquire
Pepper, Hamilton & Scheetz
Email: downeyb@pepperlaw.com

Amber M. Schuknecht, Esquire
Pepper Hamilton
Email: schuknea@pepperlaw.com